FILED
CHARLOTTE, N. C.

JAN 22 2007

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:07MJ11 |
| v. ) | ORDER TO SEAL |
| SUNNY RICHARD SIGUENZA, ) | |
| Defendant. ) | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal this file until further order of the Court.

IT IS SO ORDERED, this 22nd day of January, 2007, at 3:11 p.m.

CARL HORN III
UNITED STATES MAGISTRATE JUDGE